# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## MIDDLE DIVISION

| | | |
|---|---|---|
| RICHARD RUGAREMA, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. |
| | ) | 4:17-cv-1116-KOB-JEO |
| JEFFERSON B. SESSIONS, U.S. | ) | |
| Attorney General, et al., | ) | |
| | ) | |
| Respondents. | ) | |

## MEMORANDUM OPINION

Petitioner Richard Rugarema, acting *pro se*, filed this habeas corpus action

under 28 U.S.C. § 2241.  Petitioner challenges the legality of his continued detention

by federal immigration authorities pending his removal from the United States under

the Immigration and Nationality Act, 8 U.S.C. § 1101 *et seq.*  (*See* Doc. 1)*; see also*

*generally Zadvydas v. Davis*, 533 U.S. 678 (2001).  The Respondents filed a motion to

dismiss the action as moot, on the ground that Petitioner has been removed from the

United States.  (Doc. 10).

A declaration by a Supervisory Detention and Deportation Officer that

Petitioner was removed from the United States on September 21, 2017 supports

Respondents' motion.  (Doc. 10-1).  As a result, Petitioner's habeas corpus claim for

release under an order of supervision or for repatriation is moot because the court can

no longer provide meaningful relief.  *See Nyaga v. Ashcroft*, 323 F.3d 906, 913 (11th Cir. 2003); *Soliman v. United States ex rel. INS*, 296 F.3d 1237, 1242-43 (11th Cir. 2002).  Respondents' motion is due to be granted and this action is due to be dismissed.

The court will enter a separate Final Order.

DONE and ORDERED 30th day of October, 2017.

_____
KARON OWEN BOWDRE
CHIEF UNITED STATES DISTRICT JUDGE